UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES OF AMERICA,

v.

MUHAMMAD ABDUR-RAHIM,

Defendant.

No. 15-CR-0029 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from defendant Muhammad Abdur-Rahim requesting permission to travel to Saudi Arabia in April for religious purposes. The Government shall file a letter by January 13, 2020 with its position regarding such request.

SO ORDERED.

Dated: December 30, 2019
New York, New York

Ronnie Abrams
United States District Judge

about settling down. We both want to start a family soon. God willing. I pray you give me your consent and blessing.

I spoke to my probation officer and he informed me that I need your permission. He said he has no objection. I have been observing all rules and received no violations. I am in good standing and intend on keeping it that way.

Honorable Abrams, I am sorry for ever stepping foot in your court room and putting my family through this whole ordeal. They are very supportive and proud of my accomplishments. Hopefully I can continue to make them happy. If you allow me to ~~free~~ travel, I will be going with my father. He lives in New York and I haven't been able to spend much time with him. This will be a good time for us to bond on a personal and spiritual level. There are many preparations that I must make so the sooner I have an answer the better. Please enjoy your holidays and have a splendid time with your family.

Sincerly,
Muhammad R[...]

Dear Honorable Abrams

I am not sure if you remember me but I was sentenced in your court room on 12-3-2015 to 70 months imprisonment. I was released on 9-20-19. I did alot of maturing and growing with my time. While incarcerated I had a job as a tutor and helped inmates obtain their GED. I also worked out alot. I lost about 100 pounds. My goal was to put myself in the best position to succeed when I was released

Since my release I have maintained steady employment with WB moore as an electrician. I have my drivers liscense and own a 2002 lexus ES300. I am currently living with my mother and brother in York, South Carolina. I can honestly say that I am being a productive citizen and I feel good about it. I told you in a letter before I was sentenced that my actions do not defy who I am. Now I have spoke my words into existence.

The reason of my letter is I would like your permission to leave the country in April. I would like to travel to Mecca in Saudi Arabia. As a practicing Muslim I have to make the pilgrimage once in a lifetime. I would like to make this journey before I have to many responsbilities and it is out of reach. I am in a relationship with a lovely young lady and we are talking